**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF LEONARD J.　　　： No. 193 MAL 2016
SMOLSKY, DECEASED　　　　　　： 
　　　　　　　　　　　　　　　　： 
　　　　　　　　　　　　　　　　： 
　　　　　　　　　　　　　　　　： Petition for Allowance of Appeal from
PETITION OF: RAYMOND JOSEPH　： the Order of the Superior Court
SMOLSKY　　　　　　　　　　　　： 

## ORDER

**PER CURIAM**

　　　　**AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal and Application for Stay and Remand are **DENIED**.


　　　　Justice Mundy did not participate in the consideration or decision of this matter.